FILED DATE: 1/20/2021 12:22 PM   2020L009971

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

FILED
1/20/2021 12:22 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2020L009971
11899630

SOULA LIARAKOS, )
)
    Plaintiff, )
)
v. ) No. 2020 L 009971
) Please serve Defendant:
COSTCO WHOLESALE, INC., a foreign corp., ) Costco Wholesale Corporation
) By its Registered Agent:
    Defendant. ) CT Corporation System
208 South LaSalle Street – Suite 814
Chicago IL 60604

## ALIAS SUMMONS

To each defendant:

YOU ARE SUMMONED and required to file an answer in this case, or otherwise file your appearance in the office of the clerk of this court (located in the Richard J. Daley Center, Room #801, Chicago, Illinois 60602), within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT, A COPY OF WHICH IS HERETO ATTACHED.

To file your Appearance you need access to the internet. Please visit www.cookcountyclerkofcourt.org to initiate this process. Kiosks with internet access are available at all Clerk's Office locations. Please refer to the last page of this document for location information.

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp, or talk with your local circuit clerk's office.

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

WITNESS, _____, 2021
S E A L

1/20/2021 12:22 PM IRIS Y. MARTINEZ
Clerk of Court

Attorney No. 31908
GUY DELSON GELEERD, JR. TRIAL LAWYER LLC
*Attorneys for Plaintiff*
622 Laurel Avenue
Highland Park, IL 60035
Tel. 312-259-9785
Email. Guy.geleerd@gmail.com

Date of service: _____, 2021
(To be inserted by officer on copy left with defendant or other person.)



**Service by email will be accepted at guy.geleerd@gmail.com

IRIS MARTINEZ, CLERK OF THE CIRCUIT COURT OF COOK COUNTY

*Law Division Room 801

**EXHIBIT B**



|  |  |
|---|---|
| | **Service of Process Transmittal** |
| | 02/10/2021 |
| | CT Log Number 539032914 |

**TO:** Laura Aznavoorian, Litigation Supervisor
Gallagher Bassett Services, Inc.
1901 S. Meyers Rd, Suite 200C
Oakbrook Terrace, IL 60181

**RE:** Process Served in Illinois

**FOR:** Costco Wholesale Corporation (Domestic State: WA)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | SOULA LIARAKOS, PLTF. vs. COSTCO WHOLESALE, INC., DFT. // TO: COSTCO WHOLESALE CORPORATION |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # 2020L009971 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Chicago, IL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 02/10/2021 at 03:39 |
| **JURISDICTION SERVED :** | Illinois |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 02/10/2021, Expected Purge Date: 02/25/2021<br><br>Image SOP<br><br>Email Notification, Laura Aznavoorian  laura_aznavoorian@gbtpa.com<br><br>Email Notification, Zois Johnston  zjohnston@costco.com<br><br>Email Notification, Maureen Papier  maureen_papier@gbtpa.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>208 South LaSalle Street<br>Suite 814<br>Chicago, IL 60604<br>866-665-5799<br>SouthTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

**Date:** Wed, Feb 10, 2021

**Server Name:** Scott Rabin

| Entity Served | COSTCO WHOLESALE CORPORATION |
|---|---|
| Agent Name | C T CORPORATION SYSTEM |
| Case Number | 2020 L 009971 |
| Jurisdiction | IL |

